IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DERICK W. VANTERPOOL                :

v.                                  : CIVIL ACTION NO. WMN-00-1155

RITZ CAMERA CENTERS, INC.           :

..oOo..

## ORDER

Plaintiff filed the above-captioned employment discrimination complaint, together with the $150.00 civil filing fee, on April 20, 2000. Consequently, he bears the responsibility for effecting service of process on the defendant.

Pursuant to Fed. R. Civ. P. 4, plaintiff may effectuate service by presenting a summons to the Clerk of the Court for signature and seal and then serving a copy of the summons and complaint on the defendant.[1] Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served the defendant.[2] If plaintiff does not use a private process service, and instead uses registered

---

[1] Service may be effected on the service representative or Resident Agent for the defendant. To determine who the Resident Agent is for the defendant, plaintiff may wish to contact the Maryland Department of Assessments and Taxation at (410) 767-1330.

[2] If there is no record in the court file that service was effected on the defendant, plaintiff risks dismissal of his cause of action. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading seeking the affirmative relief, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days of the entry of the order

or certified mail to make service, he must file with the Court the United States Post Office acknowledgment as proof of service.

Accordingly, IT IS this **27th** day of **April**, 2000, by this Court hereby ORDERED:

1. That the Clerk of the Court **MAIL** a copy of this Order to the Plaintiff.

*/s/ William M. Nickerson*
William M. Nickerson
United States District Judge

---

or such other time as may be set by the Court, the claim shall be dismissed without prejudice.

2