UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2000 MAY 31 P 4: 21

| | |
|---|---|
| DERICK W. VANTERPOOL,<br>    Plaintiff,<br><br>         v.<br><br>RITZ CAMERA CENTERS, INC.<br>    Defendant. | Civil Action No._____<br>WMN 00 CV 1155 |

### JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE

The parties – Plaintiff *pro se*, and Defendant through undersigned counsel -- have conferred by telephone, and have agreed that they would jointly request the Court to schedule an early settlement and/or alternative dispute resolution conference.

Respectfully submitted,

_____
Steven M. Schneebaum
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6300

Counsel for Defendant
    Ritz Camera Centers, Inc.

Date:   May 31, 2000

APPROVED THIS 2nd DAY
OF June, 20 00

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that, on this 31st day of May, 2000, I served the foregoing JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE upon Plaintiff, by mailing a copy thereof, first-class postage prepaid, to:

Mr. DERICK W. VANTERPOOL
3211 Fairview Road
Baltimore, Maryland 21207

_____
Steven M. Schneebaum