```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED
```

JUN 0 2 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

May 31, 2000

Derick Vanterpool
3211 Fairview Road
Baltimore, MD 21207

Case: WMN 00CV 1155

To: The United States District Court for The District of Maryland

This letter confirms a joint agreement per our telephone conversations on 5/30/00 that both parties consent to a joint request for early settlement/ADR conference in the above case.

In the matter of re deposition hours, the plaintiff agrees to default of 12 hours if necessary.

Thank you.

Derick Vanterpool

"_APPROVED_" THIS 2nd DAY OF _June_, 20 00

_[signature]_
UNITED STATES DISTRICT JUDGE